IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON L. BARBER*                                                                    PLAINTIFF

v.                              No. 4:19-cv-275-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                                                       DEFENDANT

## ORDER

No one has objected to Magistrate Judge Kearney's recommended disposition, № 12. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the recommendation. The motion to dismiss, № 11, is granted. Barber's complaint will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2019

---

* The Court directs the Clerk to correct the spelling of Barber's name on the docket.