# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHARON L. BARBER                                                    PLAINTIFF

v.                              No. 4:19-cv-275-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                                      DEFENDANT

## JUDGMENT

Barber's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2019